NO. 07-12-00532-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 20, 2013

_____

IN THE INTEREST OF A.N.W., A CHILD

_____

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 51,790-B; HONORABLE JOHN BOARD, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant, Curtis Danny Watson, filed a notice of appeal indicating that Watson desired to appeal the trial court's November 5, 2012 order holding Watson in contempt of court for failure to pay child support, granting judgment for arrearages, and suspending commitment. By letter dated December 18, 2012, Watson was notified that a filing fee of $175 had not been paid, and failure to do so within ten days could result in dismissal pursuant to Texas Rule of Appellate Procedure 42.3(c). No fee having been received within the deadline, by letter dated January 11, 2013, Watson was again advised of the outstanding filing fee and the consequences of failing to pay. This notice gave Watson until January 28 to pay the filing fee. Despite two notices and a reasonable time in which to comply with this Court's request, Watson has failed to pay

the filing fee.  Consequently, this Court is authorized to dismiss this appeal.  <u>See</u> TEX.

R. APP. P. 44.3.

Accordingly, Curtis Danny Watson's appeal is dismissed.


Mackey K. Hancock
Justice